425 A.2d 836

Commonwealth v. Dodd, Appellant.

Submitted June 12, 1978. Ronald Keeler, for appellant; Gordon E. Stroup, District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Order affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.